EDITH L. NICKISCH, Respondent, *v.* MADISON–34TH STREET CORP., Appellant.

Supreme Court, Appellate Term, First Department, May 25, 1945.

*Mordecai Goldberg* and *Irving Segal* for appellant.

*Abraham Kantor* and *Samuel Feuer* for respondent.

Judgment affirmed, with costs.

Concur: SHIENTAG, McLAUGHLIN and HECHT, JJ.